UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| JEFF H. WILLIAMSON,           )<br>                              )<br>          Plaintiff,          )<br>                              )<br>     vs.                      )<br>                              )<br>UNITED STATES OF AMERICA, et al., )<br>                              )<br>          Defendants.         )<br>_____) | 3:08-CV-0105-LRH (RAM)<br><br><u>REPORT AND RECOMMENDATION</u><br><u>OF U.S. MAGISTRATE JUDGE</u> |

       This Report and Recommendation is made to the Honorable Larry R. Hicks, United States District Judge. The action was referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and the Local Rules of Practice, LR IB 1-4.

       On February 28, 2008, the court received Plaintiff's Application to Proceed In Forma Pauperis (Doc. #1). On March 3, 2008, the court ordered the Plaintiff to provide additional information concerning the Application to Proceed In Forma Pauperis (Doc. #3). On March 24, 2008, Plaintiff filed an Affidavit which was insufficient (Doc. #7). On March 27, 2008, the court ordered Plaintiff to supply the financial information called for in the court's prior order within twenty (20) days (Doc. #8). That mailing was returned to the court with the notation on the envelope stating "Unable to Forward" (Doc. #9).

/ / /

/ / /

/ / /

/ / /

/ / /

LSR 2-2 provides that failure to notify the court of a change of address "may result in dismissal of the action with prejudice."

Under these circumstances the court should dismiss this action without prejudice.

### RECOMMENDATION

IT IS THEREFORE RECOMMENDED that the District Judge enter an order dismissing this action without prejudice.

The parties should be aware of the following:

1. That they may file, pursuant to 28 U.S.C. § 636(b)(1)(C) and Rule IB 3-2 of the Local Rules of Practice, specific written objections to this Report and Recommendation within ten (10) days of receipt. These objections should be titled "Objections to Magistrate Judge's Report and Recommendation" and should be accompanied by points and authorities for consideration by the District Court.

2. That this Report and Recommendation is not an appealable order and that any notice of appeal pursuant to Rule 4(a)(1), Fed. R. Civ. P., should not be filed until entry of the District Court's judgment.

DATED: April 23, 2008.

_____
UNITED STATES MAGISTRATE JUDGE