UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| JEFF H. WILLIAMSON, ) | |
| ) | |
| Plaintiff, ) | 3:08-cv-00105-LRH (RAM) |
| ) | |
| v. ) | |
| ) | O R D E R |
| UNITED STATES OF AMERICA, et al., ) | |
| ) | |
| Defendants. ) | |

The Court has considered the Report and Recommendation of United States Magistrate Judge Robert A. McQuaid, Jr. (#10) entered on April 23, 2008, in which the Magistrate Judge recommends that this action be dismissed without prejudice for failure to notify the court of a change of address pursuant to Special Rule 2-2 of the Local Rules of Practice of the District of Nevada, LSR 2-2. The Court has considered the pleadings and memoranda and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

/ / /

/ / /

/ / /

/ / /

/ / /

1       ADOPTS AND ACCEPTS the Report and Recommendation of the United States
2 Magistrate Judge (#10); therefore, this action is dismissed without prejudice. The Clerk of the Court
3 shall close the case.
4       IT IS SO ORDERED.
5       DATED this 30th day of June, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE